IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00194 |
| | ) William J. Haynes, Jr. |
| | ) U.S. District Court Judge |
| KIM EUGENE NORRIS | ) |

## MOTION TO REQUEST REDACTION

The defendant, through counsel, respectfully moves the Court to redact the following personal information from the transcript of the detention hearing held on June 30, 2010 (Docket Entry 26): redact the name on page 56, lines 9 and 12, and page 57, line 7 to read "S."

*ORDER*
*This motion is unopposed and is GRANTED.*
*[signature]*
*W.J.H.*
*8-30-10*

Respectfully submitted,

s/ Isaiah S. Gant
ISAIAH S. GANT (BPR #0025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Kim Eugene Norris

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010, I electronically filed the foregoing Motion to Request Redaction with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ Isaiah S. Gant
ISAIAH S. GANT